RECEIVED
JUN 1 6 2022
DEBORAH S. HUNT, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Case Number: <u>21-1715 (GSA)</u>

Case Name: <u>RONNIE DANTE THOMAS v. SHERRY L. BURT, Warden, et al.,</u>

Name: <u>Ronnie Dante Thomas</u>

Address: <u>2400 S. Sheridan Dr.</u>

City: <u>Muskegon</u>   State: <u>MI</u>   Zip Code: <u>49442</u>

## PRO SE APPELLANT'S BRIEF

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

**United States Court of Appeals For The Sixth Circuit**
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

1. Did the District Court incorrectly decide the facts?  ☐ Yes  ☒ No

   If so, what facts?

   > See Attached Declaration

2. Do you think the District Court applied the wrong law?  ☐ Yes  ☒ No

   If so, what law do you want applied?

   > See Attached Declaration

3. Do you feel that there are any others reasons why the District Court's judgment was wrong?
   [X] Yes    [ ] No
   If so, what are they?

   > See, attached page(s)   See also Attached Declaration

4. What specific issues do you wish to raise on appeal?

   > See Attached page(s)   See also Attached Declaration

5. What action do you want the Court of Appeals to take in this case?

   > See Attached page(s)   See also, Attached Declaration

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the 12 day of June, 2022.

Signature (Notary not required)

*[signature]*

Question 3.

The Dist. Ct. failed to consider the "fact" that "all" of Plaintiff-Appellant's legal claims, stem from Executive Orders issued by the Governor in response to the COVID-19 pandemic lacked any basis under Michigan Law, Cf. Midwest Inst. of Health, PLLC v. Governor of Michigan, (In re: Certified Questions from the United States Dist. Court, 506 Mich. 332 (2020). See Also, Dist. Cts. Op./Ord. ECF No. 8 pg 53.

The Dist. Ct. in ruling on the Privileges and Immunities Clause issue fail to consider Plaintiff-Appellant fact in relation as construed -- Slaughter-House-Cases, 83 U.S. 36 (1873); Lochner v. New York, 198 U.S. 45 (1905).

Question 4.

All issues set forth in Motion to proceed in forma pauperis, and Any issues this Court has power to hear and consider per the Constitution, and Laws of the United States that were factually found and concluded as a matter of law by the Dist. Ct.

Question 5.

Remand back to the Dist Ct. on the grounds that Plaintiff-Appellant stated a claim(s) herein, or best a Declaratory ruling and related injunction.

This is the best Petitioner-Appellant can produce under the Law library regime of Defendant-Appellee E. Hardiman action/conduct as set forth in attached Declaration

/s/ [signature]
Mr. Ronnie D. Thomas, Petit-App

DECLARATION IN SUPPORT OF
PRO SE BRIEF

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Case No. 21-1715(GSA)

RONNIE DANTE THOMAS

    Plaintiff-Appellant,

v.

SHERRY L. BURT, Warden, et al,

    Defendant-Appellees.

_____/

## DECLARATION OF MR. RONNIE DANTE THOMAS

Mr. Ronnie Dante Thomas declares:

I have been incarcerated at the Muskegon Correctional facility since Jan. 2016. since the COVID-19 Pandemic in 2020.

In July/August 20200 I came into contact with the COVID-19 virus. Since said contact with COVID-19 I have be suffering from "long COVID-19" (memory loss, congnative difficulty, severe-headache) as a result.

I reported those symptoms are well-documented with the Michigan Dept. of Corrections-Bureau of Health Care (as of 8/23/2021).

At the time, as well as now, I have several different civil and criminal litigation processes in action. But, as a result of my "long COVID-19" cognative issues it has been diffucult to mangage four (4) civil actions a two (2) criminal.

In about September 2021 I submitted a institutional kite to Head librarian E. Hardiman requesting to obtain aid and assistance from the Writ-Writer program as a result of my "long COVID-19" (fog-brain).

Head Librarian Hardiman did not respond to my submission within a reasonable amount of time (7-10 business days). Thereafter, I submitted a institutional kite to Head Librarian Hardiman. As of today, I have not hear or received any notices of denial or approval. It's been months

On May 23-24, 2022 I submitted a institutional Michigan Dept. of Corrections, Prisoner/Parolee Grievance Form. Head Librarian Hardiman is a Defendent in this instant appeal, and the current conduct/action indicated herein impairs my access to the courts, in retaliation for the redress of grievance (current civil action before court).

1.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Muskegon, MI on June 10, 2022.

/s/ [signature]
Mr. Ronnie D. Thomas, Petit-App.

Mr. Ronnie D. Thomas 254903
Muskegon Correctional Facility
2400 S. Sheridan Dr.
Muskegon, Mich. 49442

RECEIVED
JUN 16 2022
DEBORAH S. HUNT, Clerk

United States Ct. of App.
for the Sixth Cir.
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Oh. 452-3988




US POSTAGE PITNEY BOWES
ZIP 49442
02 4W
0000362114
$ 000.73°
JUN 13 2022